IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., <br><br> Plaintiff, <br><br> v. <br><br> GRANT TAILLEFER, <br><br> Defendant. | No. C 03-04178 CRB <br><br> **ORDER RE: REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

The Court has reviewed Magistrate Judge Bernard Zimmerman's Report and Recommendation regarding plaintiffs' motion for default judgment. No objections to the Report were filed. The Court finds the Report well-reasoned and thorough and adopts it in every respect. The Court further incorporates by reference its own Memorandum and Order Granting Motion to Enter Default Judgment, DirecTV Inc. v. Huynh, No. 04-3496 CRB (N.D. Cal. May 31, 2005), which sets forth in greater detail the justifications for entering default and awarding damages pursuant to 18 U.S.C. section 2520.

The complaint in this action alleges that defendant purchased a "SU2 Chip Upgrade." According to DirecTV's experts, the sole use of the SU2 program was to reprogram DirecTV access cards in order to circumvent DirecTV's satellite television encryption. As stated by this Court in Huynh, allegations such as these which are strongly probative of defendant's illegal interception of DirecTV's signal are sufficient to merit entry of default judgment and

an award of damages in the amount of $10,000. The Court also adopts the Magistrate Judge's Recommendation that plaintiff be awarded $1,882.91 in attorneys' fees and costs.

Accordingly, the Court ADOPTS the Report and Recommendation. Default judgment is hereby entered in favor of plaintiff and against defendant. Defendant Grant Taillefer is hereby ORDERED to pay to plaintiff DirecTV, Inc. $11,882.91.

**IT IS SO ORDERED.**

Dated: May 31, 2005

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4178\Taillefer default order.wpd            2